IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                   PLAINTIFF

v.                    Case No. 2:02cr20040-001

JOHN ANTHONY COLE                                          DEFENDANT

### **ORDER**

On June 11, 2003, Defendant was sentenced to 188 months imprisonment for possession with intent to distribute cocaine base. (Doc. 39). Defendant's sentence included a $100.00 special assessment and a $3,000.00 fine. (Doc. 39). The interest requirement was waived.

Currently before the Court is a motion by Defendant to reduce, suspend or terminate his obligation to pay his fine (doc. 76). Also before the Court is the Government's Response (docs. 77-78).

Title 18, section 3572 of the United States Code governs the imposition of a sentence of a fine. It states, in pertinent part:

> Notwithstanding the fact that a sentence to pay a fine can subsequently be --
>
>> (1) modified or remitted under section 3573;
>>
>> (2) corrected under rule 35 of the Federal Rules of Criminal Procedure and section 3742; or
>>
>> (3) appealed and modified under section 3742;
>
> a judgment that includes such a sentence is a final

**AO72A**
**(Rev. 8/82)**

judgment for all other purposes.
18 U.S.C. § 3572(c).

In order to be modified or remitted under section 3573, the Government must petition the Court. 18 U.S.C. § 3573. The Government has filed no such petition and, further, has filed a response objecting to any termination of Defendant's fine. Rule 35 of the Federal Rules of Criminal Procedure provides that the Court may correct an error in a sentence with 7 days after sentencing or reduce a sentence upon the Government's motion. None of the reasons for modifying a fine are present in this case. Accordingly, Defendant's motion (doc. 76) is DENIED. However, the Government agreed to refund to Defendant the Treasury Offset Program payment of $69.00, so that Defendant can replace his broken glasses.

IT IS SO ORDERED this 23rd day of July 2012.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

AO72A
(Rev. 8/82)