IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES                                                                    PLAINTIFF/RESPONDENT

V.                               No.  2:02-CR-20040

JOHN ANTHONY COLE                                                          DEFENDANT/PETITIONER

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the Petitioner's handwritten motion entitled "Motion to Set Aside, Reduce, or Amend a Court imposed Fine" (ECF No. 80) filed May 28, 2014.  No service was authorized and the United States of America, therefore, has not filed a Response.

### I.  Background

The Defendant was sentenced on June 11, 2003 on drug charges to 188 months in prison, four years supervised release, and a $3000.00 fine. (ECF No. 39).  The Defendant filed another "Motion to Amend, set aside by suspension or dismiss a court imposed fine in a criminal conviction" (ECF No. 76) on July 2, 2012.  That motion was denied by the Court (ECF No. 79) on July 23, 2012.  The court noted in that order that for a fine to be modified or remitted under 18 U.S.C. §3573 the Government must petition the court.  Since no such petition had occurred the motion was denied.

The Defendant, in the present case, contends that the personnel at the United States Penitentiary at Lewisburg, Pennsylvania confiscated 708 U.S. postage stamps valued at $311.50. (ECF No. 80, p. 1). The Defendant filed an administrative claim on June 26, 2013 which was addressed by the Department of Justice, Federal Bureau of Prisons on December 24, 2013.  (ECF No. 80-1).  The BOP acknowledged that personnel did confiscate "17 books and 328 loose

stamps" from the Defendant on June 12, 2013 because BOP regulations only allowed an inmate to have 3 books of stamps.

The Defendant now seeks to have the confiscation of his stamps addressed by the sentencing court by an adjustment to his fine.

## II. Discussion

In order to be modified or remitted under section 3573, the Government must petition the Court. 18 U.S.C. § 3573. The Government has filed no such petition. Rule 35 of the Federal Rules of Criminal Procedure provides that the Court may correct an error in a sentence with 7 days after sentencing or reduce a sentence upon the Government's motion.  None of the reasons for modifying a fine are present in this case.

## III. Conclusion

Based upon the forgoing I recommend that the instant motion be **DISMISSED with PREJUDICE**.

**The Defendant has fourteen days from receipt of this report and recommendation in which to file written objections pursuant to 28 U.S.C. Section 636(b)(1).  The failure to file timely written objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED  June 4, 2014.

*/s/ J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE