IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| UNITED STATES | PLAINTIFF/RESPONDENT |
| V. | Crim No. 02-20040 |
| JOHN ANTHONY COLE | DEFENDANT/PETITIONER |

O R D E R

On this 8th day of July 2014, there comes on for consideration the report and recommendation filed in this case on June 4, 2014, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. (Doc. 81). No objections were filed to the report and recommendation, however, Defendant filed a notice of appeal (doc. 82).

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendant's Motion to Set Aside, Reduce, or Amend a Court imposed Fine (doc. 80) is DENIED. The U.S. District Clerk is directed to refile Document 82 as a notice of appeal of this Order.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A (Rev. 8/82)**