IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                      PLAINTIFF/RESPONDENT

v.                      No. 2:02-CR-20040

JOHN ANTHONY COLE                          DEFENDANT/PETITIONER

## **ORDER**

The Court has received a report and recommendations (Doc. 109) from United States Magistrate Judge James R. Marschewski. No objections have been filed, and the deadline for filing objections has passed.

The Court has reviewed this case and finds that the report and recommendations is proper, contains no clear error, and should be and hereby is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Petitioner John Anthony Cole's motion to vacate (Doc. 106) is DENIED and his petition is DISMISSED WITH PREJUDICE. No certificate of appealability shall issue.

Judgment will be entered accordingly.

IT IS SO ORDERED this 21st day of October, 2016.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE